## Re ACCREDITATION OF the NATIONAL BOARD OF TRIAL ADVOCACY as a Certifying Organization.

### No. 0491 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 29, 1998.

### ORDER

PER CURIAM.

AND NOW, this 29th day of December, 1998, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the National Board of Trial Advocacy is hereby accredited as a certifying organization in the areas of family law trial advocacy, criminal law trial advocacy and civil law trial advocacy for a period of five calendar years.